UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/29/2022

P.M.,

    *Petitioner*,

v.

William JOYCE, *et al.*,

    *Respondents*.

Case No. 1:22-cv-06321 (VEC)

**MEMO ENDORSED**

### NOTICE OF PETITIONER'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY USING HIS INITIALS ONLY

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 5.2, Petitioner moves this Court for leave to proceed using only his initials. In support of this motion, Petitioner files his Memorandum of Law in Support of Motion For Leave to Proceed Anonymously Using His Initials Only. Respondents take no position on this motion.

Dated: July 27, 2022
      Brooklyn, New York

Respectfully submitted,

/s/ Jessica Swensen
Jessica Swensen
Kshithij Shrinath
THE BRONX DEFENDERS
360 East 161st Street
Bronx, New York, 10451
*Counsel for Petitioner*

---

Application GRANTED.  By no later than **Friday, August 5, 2022**, Petitioner is directed to file a sealed letter with the Court disclosing his identity.

SO ORDERED.

*[signature]* 07/29/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE