

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 2, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/02/2022
```

**MEMO ENDORSED**

**Via ECF**
Hon. Judge Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *P.M. v. Joyce, et al.*, 22 Civ. 6321 (VEC)

Dear Judge Caproni:

      This Office represents the Respondents in the above-referenced action. Respondents' Return filed in response to the Petition contains two exhibits (ECF Nos. 20-6 and 20-8) in which Petitioner's personally identifying information was inadvertently not redacted on several pages prior to filing. Pursuant to SDNY Electronic Case Filing Rule 21.7, I write respectfully to request that the Court order that the Return and accompanying exhibits (ECF No. 20) be formally sealed. In accordance with the Electronic Case Filing Rules, I will file the Return with properly redacted versions of the accompanying exhibits. Petitioner's counsel consents to this request.

      I thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *s/ David Farber*
     DAVID E. FARBER
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, NY 10007
     Tel.: (212) 637-2772
     E-mail: david.farber@usdoj.gov

---

Application GRANTED.

SO ORDERED.

*[signature]*

09/02/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

cc:  Counsel of record (via ECF)