UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
P.M.,

                    Petitioner,

    -against-                                      22 CIVIL 6321 (VEC)

                                                        **JUDGMENT**

WILLIAM P. JOYCE, in his official capacity as
Acting Field Officer Director, New York Field
Office, U.S. Immigration & Customs Enforcement;
ALEJANDRO MAYORKAS, in his official
capacity as Secretary, U.S. Department of
Homeland Security; and MERRICK GARLAND,
in his official capacity as Attorney General, U.S.
Department of Justice,

                    Respondents.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 8, 2023, P.M.'s petition for a new bond hearing is GRANTED, and P.M's request to enjoin transfer is DENIED. Within seven calendar days of the date of the Order, Respondents must provide Petitioner with an individualized bond hearing at which the Government will bear the burden to demonstrate, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk. The immigration judge is directed to meaningfully consider alternatives to incarceration and Petitioner's ability to pay if setting a monetary bond. Should the Government fail to provide Petitioner with a bond hearing consistent with the foregoing within seven calendar days of this order, the Government must immediately release him.

**Dated:**  New York, New York

      March 8, 2023

                                                                      **RUBY J. KRAJICK**

                                                                             **Clerk of Court**

                                       **BY:**      *K. Mango*

                                                                             **Deputy Clerk**